Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CALL, | No. C 06 01495 JSW |
| Plaintiff, | Before the Honorable JEFFREY S. WHITE |
| vs. | [PROPOSED] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | Conference Date: JUNE 16, 2006 |
| Defendant. | Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the JUNE 16, 2006 Case Management Conference ("CMC") to December 8, 2006, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this Order.

**IT IS SO ORDERED**

DATED: June 9, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1